| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael Smith 259267 CA<br>Shioda Langley & Chang LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>951-383-3388 Fax: 877-483-4434<br>mike@slclawoffice.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Charlene F. Hinzo<br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-12886-SY<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>**(with supporting declarations)**<br><br>DATE: 5/21/2025<br>TIME: 9:30 am<br>COURTROOM: 302 |
|---|---|

Movant: Charlene F. Hinzo

1. NOTICE IS HEREBY GIVEN to The REO Group, Inc.    C&H Trust Deed Services    and all interested parties. (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. Hearing Location:

   ☐ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☒ 3420 Twelfth Street, Riverside, CA 92501

3. ☐ a. This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                              F 4001-1.IMPOSE.STAY.MOTION

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☒ b. This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☒ at the hearing ☐ at least _____ days before the hearing.

(1) ☒ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 05/02/2025

Shioda Langley and Chang
Printed name of law firm (if applicable)

Michael Smith
Printed name of individual Movant or attorney for Movant

/s/ Michael Smith
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                                    F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Charlene F. Hinzo

1. **The Property or Debt at Issue:**
    a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):
    ☐ Vehicle (*describe year, manufacturer, type, and model*):
    Vehicle Identification Number:
    Location of vehicle (*if known*):

    ☐ Equipment (*describe manufacturer, type, and characteristics*):
    Serial number(s):

    Location (*if known*):

    ☐ Other Personal Property (*describe type, identifying information, and location*):

    ☒ Real Property
    Street Address: 39242 Seraphina Rd
    Apt./Suite No.:
    City, State, Zip Code: Temecula, CA 92591
    Legal description or document recording number (include county of recording): County of Riverside

    ☐ See attached continuation page

    The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) The REO Group, Inc. -6404 WILSHIRE BLVD. LOS ANGELES, CA 90048

    to secure the sum of approximately $ 419,000.00 now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

    b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

    c. ☐ Movant moves for an order **imposing a stay** <u>as to all creditors</u>.

    d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>; and/or

    e. ☒ Movant moves for an order continuing the **automatic stay** <u>as to all creditors</u>.

2. **Case History:**
    a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*): 05/02/2025

    b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

    c. ☐ Plan was confirmed on (*specify date*):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 3                         F 4001-1.IMPOSE.STAY.MOTION

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: Charlene F. Hinzo
Case number: 6:25-bk-12120-SY
Date filed: 04/03/2025
Relief from stay re this Property
Reason for dismissal: Failure to file schedules.
Chapter: 13
Date dismissed: 4/18/2025
☒ was    ☐ was not granted

2. Case name:
Case number:
Date filed:
Relief from stay re this Property
Reason for dismissal:
Chapter:
Date dismissed:
☐ was    ☐ was not granted

☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was 06/04/2025 and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: Principal Residence    $ 850,000.00
2. Creditor/Lien amount: The REO Group, Inc.    $ 419,000.00
3. Creditor/Lien amount: _____    $ _____
4. Creditor/Lien amount: _____    $ _____
5. Creditor/Lien amount: _____    $ _____
6. Total Liens    $ _____
7. Debtor's Homestead Exemption    $ 600,000.00
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ 0.00

b) 1. Property description/value: _____    $ _____
2. Creditor/Lien amount: _____    $ _____
3. Creditor/Lien amount: _____    $ _____
4. Creditor/Lien amount: _____    $ _____
5. Creditor/Lien amount: _____    $ _____
6. Total Liens    $ _____
7. Debtor's Homestead Exemption    $ _____
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ _____

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing The Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

      B. ☒ Good faith is shown because
      Debtor's chapter 13 plan proposes the repayment of one hundred percent of her unsecured creditors.

      ☐ See attached continuation page

   2. ☒ The Property is of consequential value or benefit to the estate because:

      A. ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

      B. ☒ The Property is necessary to a reorganization for the following reasons:
      Debtor's real property is her principal residence.

      ☐ See attached continuation page

      C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

      ☐ See attached continuation page

   3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
      C. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:
      Due to a calendaring error Debtor's schedules were filed approximately secen hours past the the deadline.

      ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 5                                     F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:
All of Debtor's schedules, declarations and plan have been timely filed.
_____

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

_____
_____
_____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 6                       F 4001-1.IMPOSE.STAY.MOTION

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

_____
_____
_____

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____
_____
_____

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☐ Good faith is shown because:

_____
_____
_____

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____
_____
_____

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 7                    **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____
_____

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page(s)

6. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☒ Other Declaration(s) are also attached in support of this Motion.
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____
   d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 8                        F 4001-1.IMPOSE.STAY.MOTION

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)
_____
_____

8. ☐ For other relief requested, see attached continuation page.

Date: 5/2/2025

Respectfully submitted,

Charlene F. Hinzo
Movant name

Shioda Langley and Chang
Firm name of attorney for Movant (if applicable)

/s/ Michael Smith
Signature

Michael Smith
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, Michael Smith_____, am the Attorney_____ of Movant. I have read the foregoing motion consisting of _____ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/2/2025 | Michael Smith | /s/ Michael Smith |
|---|---|---|
| Date | Printed name of declarant | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 9                              F 4001-1.IMPOSE.STAY.MOTION

## DECLARATION OF MICHAEL SMITH

I, MICHAEL SMITH, declare:

1. I am over the age of eighteen years; the matters set forth herein are of my personal knowledge; and, if called and sworn as a witness herein, I could and would so testify.

2. I am an employee of Shioda Langley and Chang, attorney of record herein for Charlene Hinzo ("Debtor"), and at whose direction the service described herein was made.

3. Due to a calendaring error the remaining schedules in Debtor's prior case, bearing the case number 6:25-bk-12120-SY, were filed approximately seven hours past the deadline to do so.

4. All of Debtor's schedules, declarations and plan have been timely filed in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Riverside, California on this 2nd day of May 2025.

/s/ Michael Smith

Michael Smith

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4158 14th St. Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/02/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ustpregion16.rs.ecf@usdoj.gov
notice-efile@rodan13.com
Michael Smith    mike@slclawoffice.com, langleycr75251@notify.bestcase.com;smithmr75251@notify.bestcase.com;john@slclawoffice.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/02/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The REO Group, Inc.
Attn: Perry Cooper
6404 WILSHIRE BLVD. 1235
LOS ANGELES, CA 90048

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/02/2025 | Michael Smith | /s/ Michael Smith |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 10                                **F 4001-1.IMPOSE.STAY.MOTION**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:25-bk-12886-SY<br>Central District of California<br>Riverside<br>Thu May  1 15:15:04 PDT 2025 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | Avant/WebBank<br>222 North LaSalle Street Suite 1600<br>Chicago, IL 60601-1112 | Capital One<br>Attn: Bankruptcy<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Cws/cw Nexus<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Genesis FS Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| Mercury/FBT<br>Attn: Bankruptcy<br>PO Box 84064<br>Columbus, GA 31908-4064 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | REO Group<br>6404 Wilshire Blvd. Ste 1235<br>Los Angeles, CA 90048-5514 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | Charlene F. Hinzo<br>39242 Seraphina Rd<br>Temecula, CA 92591-7216 | Michael Smith<br>Shioda Langley and Chang, LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776-1632 |
| Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 |

The REO Group, Inc., a California Corporation,
Perry Cooper, Agent for service of Process.
6404 Wilshire Blvd. 1235
Los Angeles, CA 90048

C&H TRUST DEED SERVICE
1 Orchard Rd, Ste 110
Lake Forest CA

Armando Contreras
578 Washington Blvd Ste 833
Marina Del Rey, CA 90292

United Capital Group
25050 AVE KEARNY STE 109
SANTA CLARITA, CA 91355

Mark David Folley
Designated Officer
22258 CYPRESS PLACE
SANTA CLARITA, CA 91390