Coby Halavais, Esq., Bar # 237107
*Email.: coby@halavaislaw.com*
**HALAVAIS & ASSOCIATES, APC**
1 Orchard Rd., Suite 110
Lake Forest, California  92630-8315
Tel.:  (949) 305-8903
Fax.:  (949) 305-8406

ATTORNEYS FOR RESPONDENTS
The REO Group, Inc., C&H Trust Deed Service

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>CHARLENE F. HINZO,<br><br><br><br><br><br><br><br><br>                    Debtor.<br>_____ | Case No.  6:25-bk-12886-SY<br>Chapter   13<br><br>**OPPOSITION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**<br><br>Hearing--<br>Date:      May 21, 2025<br>Time:      9:30 a.m.<br>Ctrm.:     302<br>UNITED STATES BANKRUPTCY COURT<br>3420 Twelfth Street<br>Riverside, California |

TO THE HONORABLE SCOTT Y. YUN, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR AND HER ATTORNEYS OF RECORD; THE CHAPTER 13 TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

   **COMES NOW** the Respondents, The REO Group, Inc. and C&H Trust Deed Service, by and through counsel, and hereby oppose Debtor's Motion to Extend the Automatic Stay, as follows:

///

///

///

-1-

**MEMORANDUM OF POINTS AND AUTHORITIES**

The REO Group, Inc. is/ was the beneficiary under a senior position Deed of Trust against the Debtor's property at 39242 Seraphina Road, Temecula, California. C&H Trust Deed Service is a foreclosure processing firm.

The REO Group's loan became delinquent in October of 2024 and foreclosure proceedings were commenced in December of 2024. An initial foreclosure sale date of April 4, 2025 was set.

The Debtor filed her first Bankruptcy case on April 3, 2025 (6:25-bk-12110-SY) and the foreclosure sale was thus postponed to April 17, 2025 and then postponed to April 21, 2025. This first Bankruptcy case was dismissed on April 18, 2025 for failure to timely file Schedules.

The property was then sold at foreclosure sale on April 21, 2025 with a third-party purchaser buying same. The foreclosure Trustee has now received three Notice(s) of Intent to Bid pursuant to California Civil Code § 2924m(c)(2)(B).

The Debtor filed this second Bankruptcy case on May 1, 2025 and now seeks to extend the automatic stay as to The REO Group, Inc. and C&H Trust Deed Service.

These parties oppose the request to extent Debtor may be attempting to interfere with their completion and culmination of the foreclosure sale.

Per California Civil Code § 2924m(c)(4)(A), the trustee's sale is deemed final "Forty-five days after the trustee's sale..." and is "perfected as of 8 a.m. on the actual date of sale if the trustee's deed is recorded within 60 calendar days after the sale or the next business day following the 60th day if the county

-2-

1 | recorder in which the property is located is closed on the 60th
2 | day." (Civil Code 2924h(c)).
3 |     Any continuance of the stay should not interfere with
4 | Respondent's completion of the sale by recording of the Trustee's
5 | Deed Upon Sale within the allowed time above.
6 |     Other than recording of the Trustee's Deed Upon Sale, it is
7 | unclear what act the Debtor seeks to prevent via the current Motion
8 | (perhaps to delay eviction by the new owner once the Trustee's Deed
9 | Upon Sale does record).
10 |     Finally, the Motion fails to demonstrate a "substantial change
11 | in the financial or personal affairs of the debtor since the
12 | dismissal of the next most previous case..." as required by 11
13 | U.S.C. 362(c)(3)(C)(i)(III).
14 |
15 |     Respondents therefore oppose the Debtor's Motion and request
16 | that it be denied in its entirety.

**HALAVAIS & ASSOCIATES, APC**

DATED: May 13, 2025     By: /s/ Coby Halavais
                        Coby Halavais, Esq.
                        Attorney for Respondents

**DECLARATION OF COBY HALAVAIS**

I, Coby Halavais, declare and state as follows:

1. I am over the age of eighteen years and have personal knowledge of the following facts and if called upon to testify thereto, I could and would do so competently and truthfully.

2. I am an attorney in good standing licensed and authorized by the State of California to practice law in all Courts of this State and by the United States District Court for the Central District of California.

3. At all relevant times herein, I have represented the Respondents herein, The REO Group, Inc. and C&H Trust Deed Service.

4. The REO Group, Inc. is/ was the beneficiary under a senior position Deed of Trust against the Debtor's property at 39242 Seraphina Road, Temecula, California.

5. C&H Trust Deed Service is a foreclosure processing firm.

6. The REO Group's loan became delinquent in October of 2024 and foreclosure proceedings were commenced in December of 2024. An initial foreclosure sale date of April 4, 2025 was set.

7. The Debtor filed her first Bankruptcy case on April 3, 2025 (6:25-bk-12110-SY) and the foreclosure sale was thus postponed to April 17, 2025 and then postponed to April 21, 2025.

8. This first Bankruptcy case was dismissed on April 18, 2025 for failure to timely file Schedules.

9. The property was then sold at foreclosure sale on April 21, 2025 with a third-party purchaser buying same. The foreclosure Trustee, C&H Trust Deed Service, has received three Notice(s) of Intent to Bid pursuant to California Civil Code § 2924m(c)(2)(B).

///

10. The Debtor filed this second Bankruptcy case on May 1, 2025 and now seeks to extend the automatic stay as to The REO Group, Inc. and C&H Trust Deed Service.

11. My clients oppose the Debtor's request to extend the automatic stay to the extent it may be construed to prevent their issuance of the Trustee's Deed Upon Sale and completion of the foreclosure proceedings.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed this 13th day of May, 2025, at Lake Forest, California.

_____
Coby Halavais

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1 ORCHARD RD., SUITE 110
LAKE FOREST, CA  92630

A true and correct copy of the foregoing document entitled (*specify*): OPPOSITION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/13/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/13/2025 | COBY HALAVAIS | /s/ COBY HALAVAIS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## Service list

*a.     Parties served via nef*

Rod Danielson (TR)
notice-efile@rodan13.com
(Trustee)

Michael Smith
Shioda Langley and Chang, LLP
mike@slclawoffice.com
(Debtor's counsel)

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov
(U.S. Trustee)

*b.     Parties served via U.S. Mail*

Charlene F. Hinzo
39242 Seraphina Rd
Temecula, CA 92591
(Debtor)