Michael Smith (SBN 259267)
mike@slclawoffice.com
SHIODA, LANGLEY & CHANG, LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
T: 951-383-3388
F: 877-483-4434
Attorney for Debtor,
Charlene F. Hinzo

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CHARLENE F. HINZO<br><br>Debtors. | Case No.  6:25-bk-12886-SY<br><br>Chapter 13<br><br>**REPLY TO OPPOSITION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>**Hearing Date and Time:**<br><br>Date:        May 21, 2025<br>Time:       9:30am<br>Ctrm:       302<br>Location:  3420 Twelfth Street, Riverside, CA |

COMES NOW the Debtor, CHARLENE F. HINZO, by and through counsel, and hereby replies to Respondents' Opposition to Debtor's Motion to Extend the Automatic Stay as follows:

# I. INTRODUCTION

This case presents a complex legal issue regarding when a foreclosure sale becomes "final" under California Civil Code § 2924m, particularly when notices of intent to bid have been submitted and the debtor files bankruptcy during the statutory 45-day window period before finality. The recent bankruptcy decision in *In re Hager*, 651 B.R. 873 (Bankr. E.D. Cal. 2023) suggests that such sales are not final until the expiration of the statutory period, while recent amendments to the Civil Code have created additional interpretive questions. Rather than engaging in protracted litigation over these novel and complex legal issues, the parties have reached a negotiated resolution that protects all stakeholders while providing clarity and certainty.

## II. SETTLEMENT AGREEMENT

Given the potential complexity and uncertainty surrounding the interpretation of California Civil Code § 2924m and the application of *In re Hager* to the facts of this case, the parties have engaged in good faith negotiations and have reached an agreement that resolves the issues before the Court in a manner that protects all stakeholders' interests.

The parties have agreed that the automatic stay will remain in effect subject to the following conditions:

1. **Monthly Payments**: Debtor will commence making the contractual monthly mortgage payments to the lender, The REO Group, Inc., beginning with the next payment due date.
2. **Rule 9019 Motion**: Debtor will file a motion pursuant to Federal Rule of Bankruptcy Procedure 9019 seeking Court approval of this settlement agreement, which will provide that: a. The foreclosing trustee will be authorized to return the bidder's bid money to the successful bidder at the foreclosure sale; b. The four bidders who submitted notices of intent to bid at the sale will be given specific notice of the Rule 9019 motion with an opportunity to object and be heard; c. Debtor will dismiss with prejudice her state court lawsuit against Respondents; and d. Debtor will pay off the lender in full within six (6) months of Court approval of the settlement.
3. **Status of Foreclosure Sale**: Upon Court approval of the settlement agreement, the foreclosure sale will be deemed void, and title to the property will remain with the bankruptcy estate subject to The REO Group's secured claim.

This settlement agreement represents a pragmatic resolution that:
1. Protects the lender's interest by ensuring ongoing payments and full payoff within a defined timeframe;
2. Respects the rights of the third-party bidders by providing them notice and an opportunity to object;
3. Preserves the Debtor's equity in the property; and
4. Conserves judicial resources by avoiding protracted litigation over novel legal issues.

# III. CONCLUSION

For the foregoing reasons, Debtor respectfully requests that this Court grant her Motion to Extend the Automatic Stay in accordance with the settlement terms described herein.

Respectfully submitted,

/s/Michael Smith

Shioda Langley & Chang LLP

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4158 14th Street, Riverside CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING CHAPTER 7 TRUSTEE TO ABANDON ESTATE PROPERRTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/19/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com

Coby Halavais    coby@halavaislaw.com

Michael Smith    mike@slclawoffice.com, langleycr75251@notify.bestcase.com;smithmr75251@notify.bestcase.com;john@slclawoffice.com

United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **5/19/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
3420 Twelfth St., Ste 345/Crtrm 302
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/19/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **5/19/2025** | John Martinez | */s/ John Martinez* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Employment Development Dept        Franchise Tax Board
0973-6                                    Bankruptcy Group MIC 92E           Bankruptcy Section MS: A-340
Case 6:25-bk-12886-SY                     P.O. Box 826880                    P.O. Box 2952
Central District of California            Sacramento, CA 94280-0001          Sacramento, CA 95812-2952
Riverside
Mon May 19 11:40:53 PDT 2025

Riverside Division                        Avant/WebBank                      Capital One
3420 Twelfth Street,                      222 North LaSalle Street Suite 1600 Attn: Bankruptcy
Riverside, CA 92501-3819                  Chicago, IL 60601-1112             PO Box 31293
                                                                             Salt Lake City, UT 84131-0293

Credit One Bank                           Cws/cw Nexus                       FRANCHISE TAX BOARD
Attn: Bankruptcy Department               Po Box 9201                        BANKRUPTCY SECTION MS A340
6801 Cimarron Rd                          Old Bethpage, NY 11804-9001        PO BOX 2952
Las Vegas, NV 89113-2273                                                     SACRAMENTO CA 95812-2952

Genesis FS Card Services                  LVNV Funding, LLC                  Mercury/FBT
Attn: Bankruptcy                          Resurgent Capital Services         Attn: Bankruptcy
PO Box 4477                               PO Box 10587                       PO Box 84064
Beaverton, OR 97076-4401                  Greenville, SC 29603-0587          Columbus, GA 31908-4064

(p)MISSION LANE LLC                       Quantum3 Group LLC as agent for    REO Group
PO BOX 105286                             Concora Credit Inc.                6404 Wilshire Blvd. Ste 1235
ATLANTA GA 30348-5286                     PO Box 788                         Los Angeles, CA 90048-5514
                                          Kirkland, WA  98083-0788

United States Trustee (RS)                Charlene F. Hinzo                  Michael Smith
3801 University Avenue, Suite 720         39242 Seraphina Rd                 Shioda Langley and Chang, LLP
Riverside, CA 92501-3255                  Temecula, CA 92591-7216            1063 E. Las Tunas Dr.
                                                                             San Gabriel, CA 91776-1632

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501-3332
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.